FILED
14 JUN 23 PM 3:02
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM JOHN GREEN, <br><br> Defendant. | CASE NO. 11cr0938 JM <br><br> ORDER DENYING EX PARTE APPLICATION FOR COPIES |

On or about May 15, 2014, the court received a document from Defendant requesting copies of any letters received by the court in 2011 from Defendant's former attorney. Because Defendant does not identify any specific docket entry, the court is unable to provide Defendant with the requested document(s). Accordingly, the application is denied.

**IT IS SO ORDERED.**

DATED: 6/23, 2014

JEFFREY T. MILLER
United States District Judge

cc: All parties