# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11cr0938 JM |
| Plaintiff, | ORDER DENYING MOTION FOR RECUSAL |
| vs. | |
| WILLIAM JOHN GREEN, | |
| Defendant. | |

On or about March 19, 2015, the court received a motion from Defendant seeking the recusal of the undersigned. The court denies the motion without prejudice because there are no matters pending before the court and, furthermore, Defendant has filed at least two Notices of Appeal divesting the district court of jurisdiction. See Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58 (1982) (per curiam) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.").

**IT IS SO ORDERED.**

DATED: March 19, 2015

Hon. Jeffrey T. Miller
United States District Judge

cc: All parties